# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

YOLANDA FREDERICK

    Plaintiff,

 -vs-

WAL-MART INC., et al.

    Defendants.

Case No. 3:11-CV-288

District Judge Thomas M. Rose

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.   The Court would request that mediation be scheduled the week of March 25, 2013.

Dated:   February 7, 2013          *s/THOMAS M. ROSE*

                                                      Thomas M. Rose
                                                      United States District Judge